UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 4:16 CR 266 RWS (SPM) |
| ) | |
| **CHARLES THOMPSON**, (a/k/a "Man Man"), ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT CHARLES THOMPSON'S MOTION TO RESCHEDULE STATUS CONFERENCE

COMES NOW Defendant Charles Thompson by and through his attorney, and hereby requests that the status conference in this matter, currently scheduled for September 19, 2016 at 9:30am, be rescheduled. In support of this motion, Defendant states as follows:

1. This conference was originally scheduled for September 14, 2016 at 9:30 a.m., but was rescheduled by the court to September 19.

1. Counsel for defendant has a conflict on the morning of September 19, 2016.

2. Counsel for defendant could appear for a status hearing in this court at 1:00pm September 19th, anytime the afternoon of September 22nd, September 26th at 9:00am or anytime the afternoon of October 3rd.

WHEREFORE, Defendant, through counsel, requests that the status conference be rescheduled to one of the times suggested in paragraph two above, and requests such other and further relief as this Court deems appropriate in the circumstances

Respectfully submitted,

/s/ Henry M. Miller
HENRY M. MILLER, #48790MO
Grant, Miller & Smith, LLC
7733 Forsyth Blvd., Ste. 1850
St. Louis, Missouri 63105
Telephone: 314.721.6677
Facsimile:  314.721.1710
*Attorney for Defendant*

## Certificate of Service

  I hereby certify that on August 9, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Thomas Rea, Assistant United States Attorney.

/s/ Henry M. Miller